UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TAIWO Y. JIMOH,

                Petitioner,

  -against-

O.B.C.C. and DISTRICT ATTORNEY OFFICE,

                Respondents.
------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 18 2006 ★
**BROOKLYN OFFICE**

**CIVIL JUDGMENT**
06-CV-3069 (JG)

    Pursuant to the Order issued on _____ dismissing the petition without prejudice as premature, it is

**ORDERED, ADJUDGED AND DECREED**: That the petition is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from the Court's order would not be taken in good faith.

Dated: Brooklyn, New York
       July 11, 2006

                                          s/John Gleeson
                                        JOHN GLEESON, U.S.D.J.